**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1060**

———————

WANDA WRIGHT,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-96-126-2-B)

———————

Submitted:  June 15, 1999                    Decided:  July 7, 1999

———————

Before MURNAGHAN, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frederick Wayne Adkins, CLINE, ADKINS & CLINE, Norton, Virginia, for Appellant.  Thomas A. Leggette, Frank K. Friedman, WOODS, ROGERS & HAZLEGROVE, P.L.C., Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wanda Wright appeals from the district court's order granting Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart") motion for summary judgment in Wright's personal injury suit. Finding no error, we affirm. Wright failed to come forth with evidence showing that Wal-Mart was actually negligent or that it had actual or constructive notice of the alleged substance on the floor of its store in Norton, Virginia; thus, the district court properly granted summary judgment in favor of Wal-Mart. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-48 (1986); Winn-Dixie Stores, Inc. v. Parker, 396 S.E.2d 649, 650 (Va. 1990). We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

AFFIRMED